FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

DONALD LEWIS DAVIS                              :          **COMPLAINT**
(Enter above the full name of the plaintiff in this action)

                                               :

                    v.                         :          Civil Action No. _____

THOMAS E. BERGAMI, Warden                      :                (To be supplied by the Clerk of the Court)

_____               :

_____               :          **RECEIVED**

_____               :          **AUG 2 3 2021**

(Enter above the full name of the defendant or defendants
in this action)                                :          AT 8:30_____M
                                                          WILLIAM T. WALSH
                                               :                 CLERK

_____

## INSTRUCTIONS – READ CAREFULLY

1.  This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2.  In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.  You must provide the full name of each defendant or defendants and where they can be found.

4.  You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.  Upon receipt of a fee of $350.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

DNJ-ProSe-006-Rev 5/09

## FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

6.   If you cannot prepay the $350.00 filing fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. § 1915. **(If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)**

7.   If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

_____   42 U.S.C. § 1983 (applies to state prisoners)

_____   Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_42 U.S.C § 2000cc et seq.; 28 U.S.C. §§ 1331 and 2201_

1b.   Indicate whether you are a prisoner or other confined person as follows:

_____ Pretrial detainee
_____ Civilly-committed detainee
_____ Immigration detainee
_____ Convicted and sentenced state prisoner
_____ Convicted and sentenced federal prisoner
__X__ Other: (please explain) _Convicted and sentenced District of Columbia prisoner in the custody of the United States Bureau of Prisons_

2.   Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

DNJ-ProSe-006-Rev 5/09

## FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

a.   Parties to previous lawsuit:

Plaintiff(s): _Donald Lewis Davis_

Defendant(s): _Unknown Rodriguez, et al._

b.   Court and docket number: _United States District Court for the District of Arizona, Case No. CV-19-00032-TUC-JGZ (PSOT)_

a.   Grounds for dismissal: ( ) frivolous ( ) malicious (X) failure to state a claim upon which relief may be granted

d.   Approximate date of filing lawsuit: _February 2019_

e.   Approximate date of disposition: _May 2019_

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.   Place of Present Confinement? _Federal Correctional Institution - Fairton_

4.   Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

a.   Name of plaintiff: _Prisoner's Committed Name: [DONALD DAVIS (ALL RIGHTS RESERVED)]_

Address: _Federal Correctional Institution - Fairton, P.O. Box 420,_

_Fairton, New Jersey 08320_

Inmate #: _[United States Marshals No. 41937-007 (ALL RIGHTS RESERVED)]_

b.   First defendant – name: _THOMAS E. BERGAMI_

Official position: _Warden_

Place of employment: _United States Bureau of Prisons ("USBOP"), Federal Correctional Institution - Fairton ("FCI-Fairton")_

3

DNJ-ProSe-006-Rev 5/09

2. Previously Dismissed Federal Civil Actions or Appeals

    a. Parties to previous lawsuit:

        Plaintiff: Donald Lewis Davis

        Defendants: Barbara Blackensee, et al.

    b. Court and docket number: United States District Court for the District of Arizona, Case No. CV-19-00385-TUC-JGZ (PSOT)

    c. Grounds for dismissal: Failure to state a claim upon which relief may be granted

    d. Approximate date of filing lawsuit: July 30, 2019

    e. Approximate date of disposition: October 2019

    a. Parties to previous lawsuit:

        Plaintiff: DONALD LEWIS DAVIS

        Defendant: UNITED STATES BUREAU OF PRISONS

    b. Court and docket number: United States District Court for the District of New Jersey, Case No. 1:20-cv-18769-RMB-KMW

    c. Grounds for dismissal: Still Pending

    d. Approximate date of filing lawsuit: December 11, 2020

    e. Approximate date of disposition: N/A

## FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

The Defendant has created, or has allowed to be created, a policy that is forcing the Plaintiff to choose between following his religious belief for not taking the COVID-19 Vaccination and forfeiting benefits otherwise generally available to other prisoners at FCI-Fairton as well as other prisoners confined at other institutions of the USBOP (please see Attachment A).

c. Second defendant -- name: _____

Official position: _____

Place of employment: _____

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_____
_____
_____

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

✓ Yes     _____ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

The Plaintiff submitted an Informal Resolution Form (please see Attachment B) on 8-1-2021 to his Correctional Counselor, which resulted in an unfavorable response (please see Attachment B).

4

DNJ-ProSe-006-Rev 5/09

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

6.    Statement of Claims

(State here as briefly as possible the facts of your case.  Describe how each defendant violated your rights, giving dates and places.  If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed.  Include also the names of other persons who are involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach a separate sheet if necessary.)

On 7-28-2021, FCI-Fairton's administration posted the said policy on the Bulletin Board of the inmate computers. The said policy is placing a substantial burden on the Plaintiff by forcing him to choose between following his religious belief not to take the said Vaccination or forfeit benefits otherwise generally available to inmates at FCI-Fairton, and other inmates at other institutions of the USBOP.

_____

_____

_____

_____

_____

_____

_____

_____

5

## FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

7.    Relief

(State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

The Plaintiff is respectfully asking this Court to issue a preliminary injunction against said policy, to grant a hearing, to see if the Defendant can justify the said policy, and if the Defendant cannot justify the substantial burden that the said policy creates, then for this Court to issue a permanent injunction against said policy, and to issue a declaratory judgment on how the said policy, and any future policy similar in nature, violates the Religious Land Use and Institutionalized Persons Act.

8.    Do you request a jury or non-jury trial? (Check only one)

(   ) Jury Trial          ( ✓ ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17th__ day of __August__ , 20~~02~~21 .

_(signature)_

Signature of plaintiff[1]

---

[1] EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE.  ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.  REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.

DNJ-ProSe-005-Rev 5/09