FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

DONALD LEWIS DAVIS                  :          **COMPLAINT**
(Enter above the full name of the plaintiff in this action)

                           :

          **v.**               :          Civil Action No. 21-15868 (CPO)(SAK)

WARDEN THOMAS E. BERGAMI  :          (To be supplied by the Clerk of the Court)

                           :

                         :          PLAINTIFF'S PROPOSED

                         :          AMENDED COMPLAINT

                         :

(Enter above the full name of the defendant or defendants
in this action)                                     :          **RECEIVED**

                         :          APR 28 2023

<u>INSTRUCTIONS – READ CAREFULLY</u>    AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of <u>each</u> defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for <u>each</u> <u>defendant</u> to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $350.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

6.  If you cannot prepay the $350.00 filing fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. § 1915. **(If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)**

7.  If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

_____     42 U.S.C. § 1983 (applies to state prisoners)

_____     Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_42 U.S.C. § 2000cc et seq.; 28 U.S.C. §§ 1331 and 2201_

1b. Indicate whether you are a prisoner or other confined person as follows:

_____ Pretrial detainee
_____ Civilly-committed detainee
_____ Immigration detainee
_____ Convicted and sentenced state prisoner
_____ Convicted and sentenced federal prisoner
__X__ Other: (please explain) _Convicted and sentenced District of Columbia prisoner in the custody of the United States Bureau of Prisons._

2.  Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

DNJ-ProSe-006-Rev 5/09

## FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

a.    Parties to previous lawsuit:

Plaintiff(s): _Donald Lewis Davis_

Defendant(s): _Unknown Rodriguez_

b.    Court and docket number: _United States District Court for the District of Arizona, Case No. CV-19-00032-TUC-JGZ (PSOT)_

a.    Grounds for dismissal: ( ) frivolous   ( ) malicious  (X) failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit: _February 2019_

e.    Approximate date of disposition: _May 2019_

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? _Federal Correctional Institution – Fairton_

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

a.  Name of plaintiff: _Prisoner's Committed Name: [DONALD DAVIS (ALL RIGHTS RESERVED)]_

Address: _Federal Correctional Institution – Fairton, P.O. Box 420, Fairton, New Jersey 08320_

Inmate #: _[United States Marshals No. 41937-007 (ALL RIGHTS RESERVED)]_

b.  First defendant -- name: _Thomas E. Bergami_

Official position: _Warden_

Place of employment: _United States Bureau of Prisons ("USBOP"), Federal Correctional Institution – Fairton ("FCI-Fairton")_

3

DNJ-ProSe-006-Rev 5/09

2. Previously Dismissed Federal Civil Actions or Appeals

 a. Parties to previous lawsuit:

   Plaintiff : Donald Lewis Davis

   Defendants : Barbara Blackensee, et al.

 b. Court and docket number: United States District Court for the District of Arizona, Case No. CV-19-00385-Tuc-JGZ (PSOT)

 c. Grounds for dismissal: Failure to state a claim upon which relief may be granted

 d. Approximate date of filing lawsuit: July 30, 2019

 e. Approximate date of disposition : October 2019


 a. Parties to previous lawsuit:

   Plaintiff : DONALD LEWIS DAVIS

   Defendant : UNITED STATES BUREAU OF PRISONS

 b. Court and docket number: United States District Court for the District of New Jersey, Case No. 1:20-cv-18769-RMB-KMW

 c. Grounds for dismissal : Still pending

 d. Approximate date of filing lawsuit : December 11, 2020

 e. Approximate date of disposition : N/A

-3a-

## FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

The Defendant has created, or has allowed to be created, a policy that is forcing the Plaintiff to choose between following his religious belief for not taking the COVID-19 Vaccination and forfeiting benefits otherwise generally available to other prisoners at FCI-Fairton, as well as other prisoners confined at other institutions of the USBOP (please see Attachment A).

c. Second defendant -- name: _____

Official position: _____

Place of employment: _____

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_____

_____

_____

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.   I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

_✓_ Yes    ___ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

The Plaintiff submitted an Informal Resolution Form (please see Attachment B) on 8-1-2021 to his Correctional Counselor, which resulted in an unfavorable response (please see Attachment B).

4                    DNJ-ProSe-006-Rev 5/09

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

6.    Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

On 7-28-2021, FCI-Fairton's administration posted the said policy on the Bulletin Board of the inmate computers. The said policy is placing a substantial burden on the Plaintiff by forcing him to choose between following his religious belief not to take the said Vaccination or fo-feit benefits otherwise generally available to inmates at FCI-Fairton, and other inmates at other institutions of the USBOP.

_____

_____

_____

_____

_____

_____

5

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

7.    Relief

(State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

The Plaintiff is respectfully asking this Court to issue a preliminary injunction against said policy, to grant a hearing to see if the Defendant can justify the said policy, and if the Defendant cannot justify the substantial burden that the said policy creates, then for this Court to issue a permanent injunction against said policy, and to issue a declaratory judgment on how the said policy, and any future policy similar in nature, violates the Religious Land Use and Institutionalized Persons Act.

8.    Do you request a jury or non-jury trial? (Check only one)

(   ) Jury Trial              ( ✓ ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _24th_ day of _April_ , 200 23 .

_Donald D____

Signature of plaintiff[1]

---

[1] EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE.  ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.  REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.

6

DNJ-ProSe-006-Rev 5/09

*[ATTACHMENT #5]*



# FCI FAIRTON

# INMATE BULLETIN

**COVID-19 Vaccines:** All inmates have been given the opportunity to be vaccinated for the COVID-19 virus.  Starting August 30, 2021, any inmate who is not vaccinated will be placed into a non-vaccinated unit.  This unit will have modified operations, including limited recreation access (no weights, no exercise equipment, and no sports equipment) and socially distanced programming.  Inmates who are not vaccinated will not be assigned to work details.  Removing inmates who are not vaccinated from the General Population will permit FCI Fairton's COVID-19 operations to continue in a safe and secure manner.  Any inmate who previously refused the vaccine and has changed their mind can email the Health Services Administrators box or submit a hand written sick call request.

---

**Vacunas COVID-19:** Todos los reclusos han tenido la oportunidad de vacunarse contra el virus COVID-19. A partir del 30 de agosto de 2021, cualquier preso que no esté vacunado será colocado en una unidad no vacunada. Esta unidad tendrá operaciones modificadas, incluido el acceso limitado a la recreación (sin pesas, sin equipo de ejercicio y sin equipo deportivo) y programación socialmente distanciada. Los reclusos que no estén vacunados no serán asignados a detalles de trabajo. Sacar a los reclusos que no están vacunados de la población general permitirá que las operaciones de COVID-19 de FCI Fairton continúen de manera segura. Cualquier recluso que haya rechazado previamente la vacuna y haya cambiado de opinión puede enviar un correo electrónico a la casilla de Administradores de Servicios de Salud o enviar una solicitud de llamada por enfermedad escrita a mano.

FAI 1330.18
April 17, 2014
Attachment 1

[ATTACHMENT B]

Federal Correctional Institution
and Federal Prison Camp
Fairton, New Jersey

ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
INFORMAL RESOLUTION FORM

**This form is to be completed by the Correctional Counselor.

Date: 8-1-2021

Inmate Name: DAVIS, DONALD Reg. No.: 41937-007 Unit: A-Right

1) The inmate's complaint:
On 7-28-2021, this institution's administration posted a policy on the Bulletin Board of the inmate computers, titled COVID-19 mitigation. Inmate Davis believes the policy is discriminatory towards him, because [Please See Continuation Page]

2) The relief he is requesting:
He is requesting for the policy to be vacated.

3) Efforts made by the inmate to informally resolve the complaint, including the names of staff he contacted:
He e-mailed the Religious Department explaning how the policy is discriminatory towards his religious belief against taking the Vaccination; no reply has yet to be made.

4) Efforts made by staff to informally resolve the complaint: Taking the vaccine is a personal decision. It is not mandatory, policy states that the Bureau of Prisons has the descretion on housing at all times.

Date Informally Resolved: 8/12/21 -or- Date BP-229 issued: 8/15/21

8/15/21

Counselor Signature                    Date

Unit Manager's Signature               Date

Inmate Signature                       Date received from staff

Scanned
CM
8-1-21

[Continuation Page of BP-8 (8-1-2021)]

On 8-30-2021 it has him being removed from General Population based on his obedience to his GOD's instruction not to take the COVID-19 Vaccination (please see 28 CFR § 551.90). He believes the policy is unlawful due to the fact that it, if a staff were to become infected with the COVID-19 Virus and transmit it to this institution's inmate population, does not mitigate the transmission of the Virus because the current reporting of the CDC states that the Vaccination does not prevent transmission of the Delta variant of the Virus; therefore, any claim that the policy is a prevention measure against the transmission of the Virus is contrary to the CDC's current reporting, and so the policy is useless, and 28 CFR § 549.10 cannot and does not validate it. He also believes that the policy is further unlawful, because 28 CFR § 549.13 states that, "inmates may be limited in programming, duty, and housing WHEN THEIR INFECTIOUS DISEASE is transmitted through casual contact" (emphasis added), but the policy will limit his programming, duty, and housing without him being infected with the Virus.

Prisoner's Committed Name:
[DONALD DAVIS (ALL RIGHTS RESERVED)]
[U.S. Marshals No. 41937-007 (ALL RIGHTS RESERVED)]
Federal Correctional Institution - Fairton
P.O. Box 420
Fairton, New Jersey 08320
In Propria Persona

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD LEWIS DAVIS, | Civil Action No. 21-15868 (CPO)(SAK) |
| Plaintiff, | |
| v. | MEMORANDUM BRIEF IN |
| WARDEN THOMAS E. BERGAMI, | SUPPORT OF PLAINTIFF'S |
| Defendant. | PROPOSED AMENDED COMPLAINT |

## I.
## TIMELINESS

On 4-5-2023, United States District Judge Christine P. O'Hearn ("the Honorable O'Hearn") issued an Order in which the Plaintiff ("Plaintiff Davis") was given 30 days to file a proposed amended complaint. Thirty (30) days from 4-5-2023 is 5-5-2023, plus an additional 3 days are added pursuant to Rule 6(d) of the Federal Rules of Civil Procedure; therefore, Plaintiff Davis has until 5-8-2023 to have his Proposed Amended Complaint placed in FCI-Fairton's

-1-

internal legal mail system to be mailed to the Clerk of this Court [Houston v. Lack, 487 U.S. 266 (1988)].

## II.

## SUBSTANTIAL BURDEN

Plaintiff Davis shall demonstrate to the Honorable O'Hearn how the policy at issue [Attachment A] substantially burdens his religious belief, as follows:

A. Standard of Review

The United States Court of Appeals for the 3rd Circuit holds, that

"for the purposes of RLUIPA, a substantial burden exists where: 1) a follower is forced to choose between following the precepts of his religion and forfeiting benefits otherwise generally available to other inmates versus abandoning one of the precepts of his religion in order to receive a benefit; OR 2) the government puts substantial pressure on an adherent to substantially modify his behavior and to violate his beliefs" (emphasis in original) [Washington v. Klem, 497 F. 3d 272, at 280 (3rd Cir. 2007)].

B. Religious Belief

(1) The COVID-19 Virus Is A Plague From GOD

Plaintiff Davis is a sincere follower of

-2-

Noble Drew Ali, the Prophet and Founder of the Moorish Science Temple of America, Inc, who believes in His (Noble Drew Ali's) Divine teachings and principles, and who adheres to His (Noble Drew Ali's) Divine warnings. Plaintiff Davis is not among those who misuses the Divine teachings of Noble Drew Ali to found, nor to advocate the doctrines of, a so-called "Sovereign Citizen" movement (for example, please see Murakush Caliphate of Amexem Inc. v. New Jersey, 790 F Supp. 2d 241 [D. N. J. 2011]).

It is Plaintiff Davis' religious belief that the COVID-19 Virus is a plague from the Great GOD of the Universe (Allãh), that was prophesied by Noble Drew Ali in His (Noble Drew Ali's) Divine Warning that He gave to the nations in the 1920's (please see Attachment B). Plaintiff Davis further believe that this said plague could have been prevented if Noble Drew Ali's said Divine Warning would have been heeded by

"[the previous administrations] of the government [who were] more wisely prepared by more genius citizens that believe in their free national constitution and laws" [Attachment B, Divine Warning By The Prophet For The Nations, at Seventh paragraph],

because as Prophet Noble Drew Ali knew, that

"through the help of such classes of citizens... [we his] people [would] find the true and

Divine way of [our] forefathers, and [would] learn to stop serving carnal customs and merely ideas of man, that have never done [us] any good, but have always harmed [us]" [Attachment B, Divine Warning By The Prophet For The Nations, at Seventh paragraph].

Prophet Noble Drew Ali warned, that

"the Great God of the Universe is not pleased with the works that are being performed in North America by [his] people and this great sin must be removed from the land to save it from... diseases" (emphasis added) [Attachment B, Divine Warning By The Prophet For The Nations, at Sixth paragraph] [Note 1].

This "great sin" that Prophet Noble Drew Ali was referring to was described by Him at the beginning of His said Divine Warning, when He stated, that

"it is a sin for any group of people to violate the national constitutional laws of a free national government and cling to the names and the principles that delude to slavery" [Attachment B, Divine Warning By The Prophet For The Nations, at First paragraph].

More specifically, it is the allowance of that population who was freed from the institution of slavery by the enactment

-4-

of the 13th Amendment to the United States Constitution, whose ancestors were imported into this country and sold as slaves, to continue to be called "Black Americans," "Colored Americans," "African Americans," etc., which are titles not recognized by the family of nations as true nationalities. This is why Prophet Noble Drew Ali stated in His said Divine Warning, that

"if Italians, Greeks, English, Chinese, Japanese, Turks, and Arabians are forced to proclaim their free national name and religion before the constitutional government of the United States, it is no more than right that the law should be enforced upon all other American citizens alike" [ Attachment B, Divine Warning By The Prophet For The Nations, at Fourth paragraph].

And today the majority of those who share the same national origin as Plaintiff Davis, Noble Drew Ali's people, are still emotionally attached to the names and principles that delude to slavery, such as, Black, Negro, Colored, African-American, etc. (please see Attachment C); and, such as, protesting the government for privileges to be granted to the "Blacks," "Coloreds," "African-Americans," etc. And the allowance of this great sin to continue being practiced is causing the Great God of the Universe's anger to increase, and His patience to be exhausted, and the COVID-19 Virus

-5-

is a plague from HIM to warn the nations that this great sin must cease.

### (2) GOD's Instruction to Plaintiff Davis

When the administration of FCI Fairton began offering the COVID-19 Vaccination, Plaintiff Davis was instructed by GOD to not take the said Vaccination [Note 2], because the true cure for the said plague, and the true prevention of future plagues, is the removal of the said "great sin." The said policy ignores this truth, and instead it forces Plaintiff Davis to choose between obeying his GOD's instruction not to take the said Vaccination and forfeit the benefits that comes with being in General Population, or disobey his GOD's instruction in order to remain in General Population and continue to receive the benefits that comes with that status.

## III

## CONCLUSION

WHEREFORE, for the reasons above, the Honorable O'Hearn should issue a preliminary injunction against said policy, grant a hearing to see if the Defendant can justify the said policy, and if the Defendant cannot justify the substantial burden that the said policy creates, this Court should then issue a permanent injunction against said policy, and a declaratory judgment on how the said policy, and any future policy similar in nature, violates the Religious Land Use and

Institutionalized Persons Act.

I, Plaintiff Davis, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct according to my knowledge and information and according to my belief.

Respectfully submitted this __24th__ day of April, 2023.

davis, donald lewis _____    _Donald D_____    _4-24-23_____
PERSONAL NAME                          SIGNATURE                          DATE

-7-

<u>NOTES</u>

1. A few years prior to Prophet Noble Drew Ali making His said Divine Warning, the world had experienced the great influenza pandemic of 1918, also known as the Spanish Flu.

2. According to the teachings of Noble Drew Ali, all humans have the ability to talk to GOD and receive instructions from HIM, whether one recognizes this truth or not. This is not to say that all humans have the ability to be prophets, for only GOD can ordain one to be a prophet. GOD's said instruction to Plaintiff Davis regarding the said COVID-19 Vaccination was not a prophetic instruction, but an instruction that could have been, and most likely was, given to any sincere follower of Noble Drew Ali [ for example, please see Harewood-Bey v. Biden, 2022 U.S. Dist. LEXIS 229230 (S.D.N.Y. Dec. 19, 2022)].

-I-



# FCI FAIRTON

# INMATE BULLETIN

**COVID-19 Vaccines:** All inmates have been given the opportunity to be vaccinated for the COVID-19 virus. Starting August 30, 2021, any inmate who is not vaccinated will be placed into a non-vaccinated unit. This unit will have modified operations, including limited recreation access (no weights, no exercise equipment, and no sports equipment) and socially distanced programming. Inmates who are not vaccinated will not be assigned to work details. Removing inmates who are not vaccinated from the General Population will permit FCI Fairton's COVID-19 operations to continue in a safe and secure manner. Any inmate who previously refused the vaccine and has changed their mind can email the Health Services Administrators box or submit a hand written sick call request.

**Vacunas COVID-19:** Todos los reclusos han tenido la oportunidad de vacunarse contra el virus COVID-19. A partir del 30 de agosto de 2021, cualquier preso que no esté vacunado será colocado en una unidad no vacunada. Esta unidad tendrá operaciones modificadas, incluido el acceso limitado a la recreación (sin pesas, sin equipo de ejercicio y sin equipo deportivo) y programación socialmente distanciada. Los reclusos que no estén vacunados no serán asignados a detalles de trabajo. Sacar a los reclusos que no están vacunados de la población general permitirá que las operaciones de COVID-19 de FCI Fairton continúen de manera segura. Cualquier recluso que haya rechazado previamente la vacuna y haya cambiado de opinión puede enviar un correo electrónico a la casilla de Administradores de Servicios de Salud o enviar una solicitud de llamada por enfermedad escrita a mano.

# THE RESURRECTION OF THE MOORISH NATION

Northwest Amexem
Northwest Africa
North America

## Prophet Noble Drew Ali

Founder Of The

MOORISH DIVINE AND NATIONAL
MOVEMENT OF THE WORLD



# ADMINISTRATIVE FUNCTIONS

**Enforced by:**

(★ ———— Adept ———— ☾)

## Divine Warning By The Prophet For The Nations



*The following documents by Prophet Noble Drew Ali are presented for analysis and study:*

### Divine Warning By The Prophet For The Nations

### The Prophet Makes Plea To The Nation

### Moorish Leader's Message To America



The citizens of all free national governments, according to their national constitution, are all of one family bearing one free national name. Those who fail to recognize the free national name of their constitutional government are classed as undesirables, and are subject to all inferior names and abuses and mistreatments that the citizens care to bestow upon them. And it is a sin for any group of people to violate the national constitutional laws of a free national government and cling to the names and the principles that delude to slavery.

I, the Prophet, was prepared by the Great God Allah to warn my people to repent from their sinful ways and go back to that state of mind of their forefathers' Divine and national principles that they will be law-abiders and receive their divine right as citizens, according to the free national constitution that was prepared for all free national beings. They are to claim their own free national name and religion. There is but one issue for them to be recognized by this government and by the nations of the earth and it comes only through the connection of the Moorish Divine National Movement, which is incorporated in this government and recognized by all others nations of the world. And through it they and their children can receive their Divine rights, unmolested by other citizens, that they can cast a free national ballot at the polls under the free national constitution of the States Government and not under a granted privilege as has been the existing condition for many generations.

You who doubt whether I, the Prophet, and my principles are right for the redemption of my people, go to those that know law, in the City Hall and among the officials in your government and ask them under an intelligent tone, and they will be glad to render you a favorable reply, for they are glad to see me bring you out of darkness into light. Money doesn't make the man, it is free national standards and power that makes a man and a nation. The wealth of all national governments, gold and silver and commerce belong to the citizens alone and without your national citizenship by name and principles, you have no true wealth, and I am hereby calling on all true citizens that stand for a National Free Government, and the enforcement of the constitution, to help me in my great missionary work because I need all support from all true American citizens of the United States of America. Help me to

save my people who have fallen from the constitutional laws of government. I am depending on your support to get them back to the constitutional fold again that they will learn to love instead of hate, and will live according to Love, Truth, Peace, Freedom, and Justice, supporting our free national constitution of the United States of America.

I Love my people and I desire their unity and mine back to their own National and Divine standard because day by day they have been violating the national and constitutional laws of their government by claiming names and principles that are unconstitutional. If Italians, Greeks, English, Chinese, Japanese, Turks, and Arabians are forced to proclaim their free national names and religion before the constitutional government of the United States of America, it is no more than right that the law should be enforced upon all other American citizens alike. In all other governments when a man is born and raised there and asked for his national descent name and if he fails to give it, he is misused, imprisoned, or exiled. Any group of people that fail to answer up to the constitutional standards of law by name and principles, because to be a citizen of any government you must claim your national descent name. Because they place their trust upon issue and names formed by their forefathers.

The word Negro deludes in the Latin language to the word, nigger; the same as the word "colored" deludes to anything that is painted, varnished and dyed. And every nation must bear a national descent name of their forefathers, because honoring thy fathers and thy mothers, your days will be lengthened upon this earth. These names have never been recognized by any true American citizens of this day. Through your free national name you are known and recognized by all nations of the earth that are recognized by said national government in which they live. The 14th and 15th Amendments brought the North and South in unit, placing the Southerners who were at that time without power, with the constitutional body of power. And at that time, 1865, the free national constitutional law that was enforced since 1774 declared all men equal and free, and if all men are declared by the free national constitution to be free and equal, since that constitution has never been changed, there is no need for the application of the 14th and 15th Amendments for the salvation of our people and citizens.

So, there isn't but one supreme issue for my people to use to redeem that which was lost, and that is through the above statements. Then the lion and the lamb can lie down together in yonder hills. And neither

88

will be harmed, because Love, Truth, Peace, Freedom and Justice will be reigning in this land. In those days the United States will be one of the greatest civilized and prosperous governments of the world, but if the above principles are not carried out by the citizens and my people in this government, the worst is yet to come, because the Great God of the Universe is not pleased with the works that are being performed in North America by my people, and this great sin must be removed from the land to save it from enormous earthquakes, diseases, etc.

And, I, the Prophet, do hereby believe that this administration of the government being more wisely prepared by more genius citizens that believe in their free national constitution and laws and through the help of such classes of citizens, I, the Prophet, truly believe that my people will find the true and Divine way of their forefathers, and learn to stop serving carnal customs and merely ideas of man, that have never done them any good, but have always harmed them.

So, I, the Prophet, am hereby calling aloud with a Divine plea to all true American citizens to help me to remove this great sin which has been committed and is being practiced by my people in the United States of America, because they know it is not the true and Divine way and, without understanding they have fallen from the true light into utter darkness of sin, and there is not a nation on earth today that will recognize them socially, religiously, politically or economically, etc. In their present condition of their endeavorment in which they themselves try to force upon a civilized world. They will not refrain from their sinful ways of action and their deeds have brought Jim-Crowism, segregation, and everything that brings harm to human beings on earth. And they fought the Southerner for all these great misuses, but I have traveled in the South and have examined conditions there, and it is the works of my people continuously practicing the things which bring dishonor, disgrace, and disrespect to any nation that lives the life. And I am hereby calling on all true American citizens for moral support and finance to help me in my great missionary work to bring my people out of darkness into marvelous light.

- From The Prophet

89

(ATTACHMENT E)



**Salvation**     **Our God**     **Unity**

# Moorish Science Temple of America®

Prophet Noble Drew Ali, Founder

info@msta1913.org                                    www.msta1913.org



Break the chains of Slavery
and proclaim your Nationality

## KNOW THYSELF

Black is an adjective: which is a descriptive word, and not a noun according to proper grammatical rules. A noun is a person, place, or thing; therefore a person cannot "be" black. Black is defined as gloomy; pessimistic; dismal (a black future); sullen or hostile (black words); harmful; evil; wicked (a black heart); indicating censure or disgrace (a black mark on a persons record); marked by disaster or misfortune (black areas of drought); African-American; to lose consciousness or memory temporarily. Black according to science means death. Black is also a color, and colored means anything that has been painted, stained, varnished, or dyed; therefore a person cannot be black. Black and colored have all been used to name the olive hued person or their descendants. Colored, now somewhat old fashioned, is often offensive. However it is still used, such as in the title of the National Association for the Advancement of Colored People. In the late 1950's black began to replace Negro and is still widely used and accepted. Negro is a name given to a river in West Africa by Moors because it contains black water (the Negro river is located in what is today called Brazil in South America). The first use of "negro" to describe a human can be traced back to 1441, when Portuguese kidnappers operating below the Senegal River used the term "negro" to designate their captives. Slaves were fallen under the primary designations of black and negro, which are references to persons legally transformed into "property." The official utilization of legal terminology played a significant role in the oppression of Moors in America. Official nomenclature illustrated a person's legal and social status in the U.S.A.

We truly have to come to grasp that African American is not a nationality. African American is a misnomer for the Moors of America. If you observe the order of the United Nations, you will see no

African representative or nationality. You may see Uganda; Morocco; Egypt; Sudan, Algeria etc. Africa is composed of many nations. If you were to meet a person from the Sudan, he will not accept the misnomer African American, because he is conscious of the fact that he is Sudanese American. If you were to meet a person from Egypt he would never accept the misnomer African American even though Egypt is in Africa. African American, black, colored, and Negro are all manufactured nomenclatures for the people (so-called blacks) who were stripped of their nationality in 1774. The true nationality of the socalled black person of America is Moorish American. The Declaration of Human Rights, adopted by U.N. states, "...every person has a right to a nationality; no one shall be arbitrarily deprived of his or her nationality." The covenant of the League of Nations (predecessor to the United Nations) stated that, "...historically, revocation or denial of legal nationality had often been a tactical preliminary to deprivation of rights."

If you do not know yourself then you leave the authority to someone else to identify you, and through time you will be accustomed to that label. When you allow someone else to name you, you have essentially given him or her the power to define you!



Moorish Literature

So often our various journalists find trouble in selecting the proper name for the Moorish American. Some say "Negro," another will brand him "Race Man," still another will call him "Afro-American," and then come "Colored," "Dark American," "Coon," "Shine," "The Brethren," and your "Folks." It is indeed a hard matter to find something suitable for the various occasions where a title needs to be used. Is it that these people have no proper name? Did they have a National name when first brought to these shores in the early part of the Seventeenth Century? If so, what was it? Did not the land from which they were forced have a name? It now appears a good idea for those whose duty it is to write for the various journals to find out what the National Name of the forefathers of these people was.

Also look into the history of the founders of civilization and see who they were and where they stood in the building of the present civilization. Probably two hours in an up-to-date library would serve to relieve the strain on our men of letters. When the occasion presents itself for a title for these people. The matter of the various names given to these twenty-two million people with all colors of every race of the globe was an act of European psychology. They gave him a name, then defined it as something inferior to theirs, "White," they defined as a color of purity; "Black," they say represents everything of evil. The "Negro," as they were called in this nation, have no nation to which they might look with pride. Their history starts with the close of the Civil war or more properly with his being forced to serve some one else. Thus he is separated from the illustrious history of his forefathers who were the founders of the first civilization of the Old World. This matter should be looked into with a hope of correcting it.



- <u>Know Thyself Radio</u>
  Every Monday at 6:30PM
  Host Bro. A. Hopkins Bey, G.S., Of Temple 11



**East Coast Conference Call**
Sunday 7:30pm/EST,

Koran Class
Thursday's Questions
and Answers
7:30pm/EST
Call in Number 1-712-432-3447 code 699913#.
Facilitator:
Bro. W.Clendenin-Bey,
GS of Temple 34.



Allah, the Father of the Universe. The Father of Love. Truth, Peace. Freedom and Justice. Allah is my Protector. My Guide and my Salvation. By Night and by Day. Through His Holy Prophet. Drew Ali. Amen

- Temple Locator.
- Love for Nationality
- Know ThySelf Radio

Moorish Science Temple of America. Inc.

**Address:**2905 5th St.. SE.

Washington, DC. 20032-2560

**Phone:**202-547-7597

**FAX:**202-547-7595

**Others:**000 - 000 - 0000

**E-mail:**info@msta1913.org

All logos are property of the Moorish Science Temple of America®
© Copyright 2017 | all rights reserved.www.msta1913.org.
Last Modified **February 7, 2017**

Prisoner's Committed Name - DONALD DAVIS
United States Marshals No. 41937-007
Federal Correctional Institution-Fairton
P.O. Box 420
Fairton, New Jersey 08320



7021 2720 0000 9290 4975



U.S. POSTAGE PAID
FCM LG ENV
FAIRTON, NJ
08320
APR 25, 23
AMOUNT
$0.00

RDC 99          08101          R2305E125550-03

RECEIVED

APR 28 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ



Legal Mail

Clerk, U.S. District Court

P.O. Box 2797

Camden, New Jersey 08101



222

**FCI Fairton, P.O. Box 280, Fairton, NJ 08320**
Date:  4/24/23

"The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been neither
opened nor inspected. If the writer raises a question over
which facility has jurisdiction, you may wish to return
the material for further information or clarification. If the
writer encloses correspondence for forwarding to another
addressee, please return the enclosure to above address."

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT